**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN FRANCIS BAUSCH,**
          **Plaintiff,**

**-vs-**          **Case No. 6:06-cv-213-Orl-31KRS**

**VOLUSIA COUNTY, FLORIDA, CITY OF DeLAND, OFFICER SOLTIS, JOHN DOE, DENNIS PAINTER, MARK LEON, MICHELLE YARBROUGH-OUTLAW, DAVID T. BATES, RONALD MIHALKO, JASON M. MOORE, SHERRI IVY,**
          **Defendants.**
_____

## AMENDED ORDER

This matter is before the Court on a Motion to Dismiss filed by Defendants Volusia County, Dennis Painter, Mark Leon, David T. Bates, Ronald Mihalko, Jason M. Moore and Sherri Ivy (Doc. 12).[1] The Defendants filed this Motion on April 13, 2006. The Plaintiff has not filed an opposition to the Motion, the time to do so has passed, and it appears that the Defendants' Motion is well-founded. It is therefore

**ORDERED THAT** the Defendants' Motion to Dismiss (Doc. 12) is GRANTED as unopposed, and these Defendants are hereby dismissed from this action.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2006.

          GREGORY A. PRESNELL
          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

---

[1] The Plaintiff's Complaint appears at Doc. 1.