# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN FRANCIS BAUSCH,**
                **Plaintiff,**

**-vs-**                                                **Case No. 6:06-cv-213-Orl-31KRS**

**CITY OF DeLAND, OFFICER SOLTIS,**
**JOHN DOE, and MICHELLE**
**YARBROUGH-OUTLAW,**
                **Defendants.**
_____

## ORDER

Upon consideration of the Motion to Quash filed by the City of Deland (Doc. 15), and there being no response thereto, it is

**ORDERED** that said Motion is GRANTED. Service of process as to the City of Deland is hereby QUASHED, and the City is DISMISSED from this suit. If Plaintiff wishes to pursue his claim against this Defendant, he must effect proper service as provided by law.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 24, 2006.

                                                                           GREGORY A. PRESNELL
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party